UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

IN RE:

APPLICATION OF MAURICIO MOTA FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

No. 1:19-mc-00369-MN

**STIPULATION AND ORDER FOR INTERVENTION AND SETTING A BRIEFING SCHEDULE FOR MOTION TO OPPOSE, VACATE, AND/OR QUASH SUBPOENA**

WHEREAS, on December 27, 2019, Petitioner Mauricio Mota ("Petitioner") filed an *ex parte* application for an order to take discovery from Colorado Investment Holdings LLC ("Respondent"), for use in a foreign proceeding pursuant to 28 U.S.C. § 1782 ("Application"),

WHEREAS, the Application seeks discovery for use in foreign proceedings against or relating to Wesley Mendonça Batista, Joesley Mendonça Batista, J&F Investimentos S.A., JBS S.A., and Pinheiros Fundo De Investimento Em Participações (collectively, "Proposed Intervenors"),

WHEREAS, on January 8, 2020, this Court issued an order granting Petitioner's Application ("Order"), ECF 7,

WHEREAS, on January 9, 2020, Respondent was served with the Subpoena,

WHEREAS, Proposed Intervenors are not presently parties to this action and seek to intervene in this action to move to oppose, vacate the Order, and/or to quash subpoenas issued pursuant to such Order, and Petitioner does not oppose such intervention,

WHEREAS, Proposed Intervenors satisfy the criteria for intervention pursuant to Federal Rule of Civil Procedure 24,

IT IS HEREBY STIPULATED AND AGREED by Petitioner and Proposed Intervenors

that:

1. Proposed Intervenors be allowed to intervene in this action;

2. Proposed Intervenors and Petitioner shall abide by the following briefing schedule with respect to Proposed Intervenors' anticipated motion to oppose, vacate the Order, and/or to quash subpoenas issued pursuant to the Order:

   - **March 7, 2020**: Deadline for Proposed Intervenors to file motion to oppose, vacate, and/or quash.
   - **April 30, 2020**: Deadline for Petitioner to file its opposition.
   - **May 21, 2020:** Deadline for Proposed Intervenors to file their reply.

3. Petitioner agrees to stay enforcement of and all activities related to the subpoena issued pursuant to the Court's Order to Respondent pending resolution of Proposed Intervenors' anticipated motion to oppose, vacate and/or quash; and

4. The parties hereto reserve all their rights with respect to the contemplated motion to vacate and/or to quash.

Dated: February 4, 2020

| | |
|---|---|
| MACAULEY LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ Thomas G. Macauley* | */s/ Kenneth J. Nachbar* |
| Thomas G. Macauley | Kenneth J. Nachbar (#2067) |
| 300 Delaware Avenue, Suite 1018 | Thomas P. Will (#6086) |
| Wilmington, DE 19801-1607 | 1201 N. Market Street, 16th Floor |
| (302) 656-0100 | Wilmington, DE 19801 |
| tm@macdelaw.com | (302) 658-9200 |
| | knachbar@mnat.com |
| OF COUNSEL: | twill@mnat.com |
| | |
| William J. Hine | OF COUNSEL: |
| Sevan Ogulluk | |
| Brian W. Hine | Michael B. Carlinsky (*pro hac vice* forthcoming) |
| Hine & Ogulluk | |
| 30 Wall Street, 8th Floor | Lucas V.M. Bento (*pro hac vice* forthcoming) |
| New York, NY 10005 | Alexander P. Wentworth-Ping (*pro hac vice* forthcoming) |
| wjhine@hineogulluk.com | |
| sogulluk@hineogulluk.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| bwhine@hineogulluk.com | 51 MADISON AVENUE, FLOOR 22 |
| | NEW YORK, NY 10010 |
| *Attorneys for Petitioner Mauricio Mota* | (212) 849-7000 |
| | michaelcarlinsky@quinnemanuel.com |
| | lucasbento@quinnemanuel.com |
| | alexwentorthping@quinnemanuel.com |
| | |
| | *Attorneys for Intervenors Wesley Mendonça Batista, Joesley Mendonça Batista, J&F Investimentos S.A., JBS S.A, and Pinheiros Fundo De Investimento Em Participações* |

SO ORDERED this ___4th___ day of February, 2020.

_____
The Honorable Maryellen Noreika
United States District Judge